Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
Social Security Administration
160 Spear St., Suite 800
San Francisco, CA 94105
Telephone: 415-977-8962
Facsimile: 415-744-0134
Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA E. OROZCO IRIBARNE,<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br><br>Defendant. | CASE NO.: 8:13-cv- 00553-JGB-PJW<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL |

IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: 9/23/13

Patrick J. Walsh
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

This constitutes the judgment under FRCP 54.

PJW